UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Michael Wolf | ) BK No.:    14-27066<br>)<br>) Chapter: 7<br>)<br>) Honorable Deborah L. Thorne<br>) |
| Debtor(s)<br>N. Neville Reid, not individually, but solely in his capacity as trustee | )<br>)<br>) Adv. No.: 16-00066<br>) |
| Plaintiff(s)<br>Zig Zag Corp., ZZC, Inc., Michael Wolf, Scott Wolf, Peter Wolf, SHBM, Inc., Hound Ventures, Inc., MMQB, Inc. | )<br>)<br>)<br>) |
| Defendant(s) | ) |

**Proposed Findings of Fact and Conclusions of Law as to MMQB, Inc. on Counts 1, 7, 8, and 9**

This court, not having the constitutional authority to enter a final judgment against MMQB, Inc. on Counts 1, 7, 8, and 9 of the complaint, hereby offers Parts II, III, IV, VI.a, VI.g.1, VI.h.1, VI.i.1, and VI.r.2 of this court's memorandum opinion as this court's proposed findings of fact and conclusions of law as to MMQB, Inc.'s liability, with this court's ultimate proposed conclusions of law being that (1) judgment be entered against MMQB, Inc. on the above mentioned counts and that (2) MMQB, Inc. be ordered to pay the sum of $2,100,000 to the trustee, N. Neville Reid.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 11/19/2018