IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re MICHAEL WOLF,<br><br>Debtor.<br><br>-----------------------------------------------<br><br>N. NEVILLE REID, not individually, but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Michael A. Wolf, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>MICHAEL WOLF, SCOTT WOLF, et al.,<br><br>Defendants-Appellants. | Nos. 18 C 07952, 18 C 07953, 19 C 01978, 19 C 08154, and 19 C 08299<br><br>Judge John J. Tharp, Jr.<br><br>(Bankr. No. 14 B 27066) |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., on appeal from the United States Bankruptcy Court for the Northern District of Illinois following (1) a February 9, 2017 judgment order dismissing a joint third-party complaint in adversarial proceeding 16-00066; (2) a November 11, 2018 final default judgment (incorporating associated proposed findings of fact and conclusions of law) in adversarial proceeding 16-00066; (3) a December 3, 2019 order denying a motion to amend an order dismissing adversarial proceeding 16-00482; (4) a December 3, 2019 order denying a motion to amend an order dismissing adversarial proceeding 16-00485; and (5) two December 12, 2019 orders of civil contempt issued in adversarial proceeding 16-00066; it is hereby ORDERED:

The Bankruptcy Court's orders are AFFIRMED. Judgment is entered in favor of appellees N. Neville Reid, Barry B. White, Eleanor G. White, Foley Hoag LLP, Egg Worldwide,

Inc., and Edward R. Lewis and against appellants Michael Wolf, Scott Wolf, Peter Wolf, Zig-Zag, Corp., ZZC, Inc., MMQB, Inc., Hound Ventures, Inc., SHBM, Inc., Ma Cherie LLC, Melissa Scolnick, and Four Legs, Inc. Costs are awarded to the appellees.

Date: September 30, 2022

John J. Tharp, Jr.
United States District Judge