# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 9, 2023

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-1046
>
> Caption:
> IN RE: MICHAEL WOLF,
>    Debtor
>
> APPEAL OF: SCOTT WOLF
>
> District Court No: 1:18-cv-07953
> Clerk/Agency Rep Thomas G. Bruton
> District Judge John J. Tharp
>
> Date NOA filed in District Court: 01/06/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)