# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 6, 2023

**To:**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-1045
>
> Caption:
> IN RE: MICHAEL WOLF,
>          Debtor
>
> -------------------------------
>
> N. NEVILLE REID, not individually but solely in his capacity as
> Chapter 7 Trustee for the bankruptcy estate of Michael A. Wolf,
>          Plaintiff - Appellee
>
> v.
>
> MICHAEL WOLF,
>          Defendant - Appellant
>
> District Court No: 1:18-cv-07952
> Clerk/Agency Rep Thomas G. Bruton
> District Judge John J. Tharp
>
> Date NOA filed in District Court: 01/06/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)