# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 10, 2023

Before

DIANE P. WOOD, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| Nos. 23-1045, 23-1046, 23-1047 & 23-1048 | IN RE: MICHAEL WOLF,<br>Debtor<br>-------------------------------<br>N. NEVILLE REID, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Michael A. Wolf,<br>Plaintiff - Appellee<br>v.<br>SCOTT WOLF and MICHAEL WOLF,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 1:18-cv-07952, 1:18-cv-07953, 1:19-cv-08154 & 1:19-cv-01978<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp, Jr. | |

The judgments of the District Court are **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: c7_FinalJudgment    (form ID: 132)